410 EAST 90TH STREET CORPORATION v. ANSBOROUGH GARAGE, INC., Impleaded with Others.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

E. RICHARD BAGAROZY v. VARMA CO-OPERATIVE HOMES, INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID I. SILK v. DANIELS REALTY ORGANIZATION, INC., and Another.—Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DYCKMAN STORAGE CO., INC., v. CATHERINE O'DEA.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MEYER FREUND v. NATHAN NATKIN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, re METROPOLIS FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JACQUES GILBERT v. HENRY C. BURNSTINE and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES MALLOY v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HIRSCH v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

BENJAMIN E. COHN and Another v. SCHULTZ-COSTLOW CO., INC., Succeeded by MISHKOFF COSTELLO COMPANY.— Motion granted; questions certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTHONY SALATINO v. NORTHEASTERN SURETY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES SHENKER v. OTTO FLEISHNER, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRWIN WEISSMAN and Another v. BANQUE DE BRUXELLES, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MENDEL GLICKMAN v. FRIEDMAN LEASING CORPORATION — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.